IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02100-MSK-MJW

ELAINE ANNE MURSZEWSKI,

Plaintiff,

v.

PAYCHEX OF NEW YORK LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's uncaptioned motion filed on November 5, 2013 (Docket No. 25), is denied. The plaintiff does not set forth in this motion what relief she is seeking from the court. The court finds that defense counsel's e-mail to the plaintiff on November 3, 2013 (see Docket No. 25 at 3), concerning the form of the Amended Complaint and defendant's intention to file a motion to dismiss or to strike the Amended Complaint does not show any non-compliance with the court's Order (Docket No. 23) regarding the preparation and filing of the proposed Scheduling Order. The proposed Scheduling Order is not due to be filed until today. (See Docket No. 23).

Date: November 12, 2013