IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02100-MSK-MJW

ELAINE ANNE MURSZEWSKI,

Plaintiff,

v.

PAYCHEX OF NEW YORK LLC,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion for Entry of Protective Order (docket no. 35) is GRANTED finding good cause shown, noting that under D.C.COLO.CivR 7.1 (d) ". . . Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."  The written Protective Order (docket no. 35-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: December 2, 2013